**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter   7 |
| | ) | |
| LUCIAN POP | ) | Case No. 10-27554 |
| | ) | |
| | ) | Hon. Jacqueline Cox |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 680
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on October 10, 2013  at 9:30 a.m., before the Honorable Jacqueline Cox, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 680, Chicago, IL 60604.

Date Mailed: _____        By:  /s/    David R. Herzog_____
                                                                    Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

```
                               United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                             Case No. 10-27554-JPC
Lucian Adrian Pop                                                  Chapter 7
       Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: esullivan              Page 1 of 2              Date Rcvd: Aug 27, 2013
                               Form ID: pdf006              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2013.
 db         +Lucian Adrian Pop,    6115 W. Waveland Avenue,    Chicago, IL 60634-2531
15735553    +American Bank Leasing,    PO box 220,    Franklin, TN 37065-0220
15735555    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15735556    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15735557   #+Frederick J. Hanna & Associates,,    1427 Roswell Road,    Marietta, GA 30062-3668
15735560    #Navistar Financial,    PO Box 4038,    Schaumburg, IL 60168-4038
15735562     Receiables Performance Matg., LLC,    PO Box 1548,    Lynnwood, WA 98046-1548
15735563    +Receivables Performance Management,    1930 220th Street,    Suite 101,    Bothell, WA 98021-8410
15735565     State of Illinois,    Dept. of Revenue,    PO Box 19035,    Springfield, IL 62794-9035
20213047     WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
15735566    +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15735558     +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2013 01:55:42     Gemb/Suzuki,    Po Box 981400,
               El Paso, TX 79998-1400
15735559      E-mail/Text: cio.bncmail@irs.gov Aug 28 2013 01:45:18      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
15735564      E-mail/Text: appebnmailbox@sprint.com Aug 28 2013 01:46:53      Sprint,    PO Box 219554,
               Kansas City, MO 64121-9554
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15735567*    +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
15735554   ##+American Bank Leasing,    555 Sun Valley Drive, Building E5,    Roswell, GA 30076-5624
15735561    ##North Shore Agency, Inc.,    270 Spagnoli Road, Ste. 111,    Melville, NY 11747-3515
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**                      **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Aug 27, 2013
                              Form ID: pdf006            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2013 at the address(es) listed below:
        Alexey Y Kaplan    on behalf of Debtor Lucian Adrian Pop alex@alexkaplanlegal.com
        David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
        herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
        David R Herzog    drhlaw@mindspring.com,
        herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        W. Kent Carter    on behalf of Creditor   Navistar Financial Corporation wcarter@clarkhill.com,
        estoneking@clarkhill.com
        TOTAL: 5